*CLOSED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | | |
|---|---|---|
| ANHUI HONREN CO. (GROUP) LTD., | ) | Case No: 2:08-cv-05660-GW-MANx |
| | ) | |
| Plaintiff, | ) | **STIPULATED JUDGMENT ENTRY** |
| | ) | |
| vs. | ) | |
| | ) | |
| DeLONG INTERNATIONAL INC., dba | ) | |
| DeLONG HOME FASHION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. George H. Wu |

**STIPULATED JUDGMENT ENTRY**

Upon review of Plaintiff's Motion and Supplemental Motion for Entry of Stipulated Judgment; the Declaration of George R. Hicks, Jr. in support of Plaintiff's Motion and Supplemental Motion for Entry of Stipulated Judgment; the Compromise Settlement Agreement and Mutual Release executed by Plaintiff Anhui Honren Co. (Group) Ltd. ("Plaintiff") and Defendant DeLong International, Inc. ("Defendant"); and the Stipulated Judgment Entry executed by Plaintiff's counsel, Defendant's counsel, and Defendant's representatives, for good cause shown said Motion is hereby granted.

The Court finds that the Parties stipulated, consented and otherwise agreed to Judgment in favor of Plaintiff and against Defendant, in the amount of $540,000.00, with interest accruing at the statutory rate from the date of this stipulated judgment entry until the Judgment is paid in full, minus any partial payment made pursuant to the Compromise Settlement Agreement and Mutual Release. The Court further finds that the Defendant made partial payments of $90,000.00 to Plaintiff.

1

Therefore, pursuant to the Parties' agreement and stipulation, judgment is entered in favor of Plaintiff Anhui Honren Co. (Group) Ltd. and against Defendant DeLong International, Inc. in the amount of $450,000.00 with interest accruing at the statutory rate from the date of this Stipulated Judgment Entry, until the Judgment is paid in full.

IT IS SO ORDERED,

Dated: February 9, 2012

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA